UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PADDY F. BARRY,

    Plaintiff,

       v.

TRUSTEES OF THE INTERNATIONAL ASSOCIATION FULL-TIME SALARIED OFFICERS AND EMPLOYEES OF OUTSIDE LOCAL UNIONS AND DISTRICT COUNSEL'S (IRON WORKERS) PENSION PLAN, et al.,

    Defendants.

Civil Action No. 02-2371 (JDB)

## ORDER

Upon consideration of defendant Jacob West's motion <u>in limine</u>, the opposition and reply thereto, defendant's supplemental memorandum, and the entire record herein, and for the reasons stated in the Memorandum Opinion issued on this date, it is this 22nd day of December, 2006, hereby

    **ORDERED** that defendant's motion is **GRANTED IN PART** and **DENIED IN PART**; it is further

    **ORDERED** that defendant's motion to exclude the Senate Report is **DENIED**; it is further

    **ORDERED** that defendant's motion to exclude the House Report is **GRANTED**; it is further

**ORDERED** that defendant's motion to exclude the Winston & Strawn Memos is **GRANTED**, except that plaintiff may seek reconsideration of this ruling by identifying specific Memos that satisfy the requirements of Fed. R. Evid. 807 as explained in the Memorandum Opinion issued on this date; it is further

**ORDERED** that defendant's motion to exclude the Thompson Report is **DENIED** as moot; and it is further

**ORDERED** that defendant's motion to exclude the 113 exhibits attached to the Thompson Report is **DENIED** without prejudice to renewal after the parties have submitted their final exhibit lists.

**SO ORDERED**.

                                                  /s/   John D. Bates
                                                  JOHN D. BATES
                                                  United States District Judge

Dated:   December 22, 2006